FILED

11/28/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 22-0004

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 22-0004



ORIGINAL

FILED

NOV 2 3 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN RE THE PETITION OF
WILLIAM R. BABINGTON JR.

O R D E R

William R. Babington Jr. has petitioned this Court for admission to active status in the State Bar of Montana after having been on inactive status since January 2021.

IT IS ORDERED that upon payment of the appropriate fees to the State Bar of Montana, Petitioner shall be admitted to the active practice of law in the state of Montana.

IT IS FURTHER ORDERED that Petitioner has shown that Petitioner's occupation during senior status is sufficient to warrant admission to active status without being required to make up continuing legal education requirements for the time Petitioner was on senior status.

The Clerk is directed to provide copies of this Order to Petitioner and to the State Bar of Montana.

DATED this 28th day of November, 2022.

For the Court,

By _____
                Justice